IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-309 |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| STEVE HANNERS, and DAVID | ) |
| DUBOSE, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR MORE DEFINITE STATEMENT AND TO STRIKE**

Pursuant to Federal Rule of Civil Procedure 12, subdivisions (e) and (f), defendants City of Eufaula, Alabama, Steve Hanners, and David Dubose make a motion for a more definite statement and to strike.

/s/ James H. Pike
James H. Pike (PIK003)
Attorney for Defendant City of Eufaula, Alabama, and Steve Hanners

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com

1

          **/s/ Alyce S. Robertson**
          Alyce S. Robertson  (ROB102)
          Attorney for Defendant David Dubose

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama  36130
Tel. (334) 242-7554
Fax (334) 242-2433
E-mail arobertson@ago.state.al.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on April 10, 2006, I electronically served a copy of this document upon:

    Benjamin E. Meredith
    707 West Main Street
    Dothan, Alabama  36301

          **/s/ James H. Pike**
          James H. Pike