IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06cv309-VPM |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| STEVE HANNERS, and DAVID | ) |
| DUBOSE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1443, defendants the City of Eufaula, Alabama, Steve Hanners, and David Dubose give notice of removal of this action to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for removal, the defendants state:

1. The grounds for removal of this action are (1) federal question jurisdiction under 28 U.S.C. §§ 1331, 1441 and (2) civil rights jurisdiction under 28 U.S.C. §§ 1343, 1443.

2. The plaintiff's complaint asserts claims under 42 U.S.C. § 1983 for alleged violations of rights guaranteed by the United States Constitution. (See Compl. at 4, ¶ 18, at 7, ¶ 36, and at 13-14, ¶ 69.)

3. This Notice of Removal was filed within thirty days of any defendant's first receipt of a copy of the initial pleading setting for the claims for relief upon which this action is based. The first service upon a defendant occurred March 9, 2006.

1

4. This action is removed from the Circuit Court of Barbour County, Alabama, Eufaula Division, which lies within the Middle District of Alabama, Northern Division.

5. All named defendants join in this Notice of Removal.

6. Copies of all process, pleadings, and orders served upon these defendants in this action are attached to this notice.

7. Notice of the filing of this Notice of Removal has been mailed to the Clerk of Court for Barbour County, Alabama, and to the plaintiff.

_____
James H. Pike (PIK003)
Attorney for Defendants The City of Eufaula, Alabama and Steve Hanners

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com

_____
Alyce S. Robertson (ROB102)
Attorney for Defendant David Dubose

2

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama 36130
Tel. (334) 242-7554
Fax (334) 242-2433
E-mail arobertson@ago.state.al.us

### CERTIFICATE OF SERVICE

I, James H. Pike, certify that on April 5, 2006, I mailed a copy of this document to the following person(s) with postage prepaid:

Benjamin E. Meredith
707 West Main Street
Dothan, Alabama 36301

_____
James H. Pike

3