RECEIVED

IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA APR -6  A 9: 34
EUFAULA DIVISION

| | | |
|---|---|---|
| ELLA JANE McCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2006-35 |
| | ) | 2:06cv309·VPm |
| CITY OF EUFAULA, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>NOTICE OF FILING NOTICE OF REMOVAL</u>

TO:    Benjamin E. Meredith
       707 West Main Street
       Dothan, Alabama 36301

       David S. Nix
       Circuit Clerk of Barbour County
       303 East Broad Street, Room 201
       Eufaula, Alabama 36027

**PLEASE TAKE NOTICE** that on the 5th day of April, 2006, the

undersigned as attorneys for the City of Eufaula, Alabama, Steve Hanners, and

David Dubose filed in the United States District Court for the Middle District of

Alabama, Northern Division, a Notice of Removal to remove this action from the

Circuit Court of Barbour County, Alabama, to the United States District Court,

a copy of which is attached hereto as Exhibit 1.

_____
James H. Pike  (PIK003)
Attorney for Defendants The City of
Eufaula, Alabama and Steve Hanners

1

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com


_____
Alyce S. Robertson  (ROB102)
Attorney for Defendant David Dubose


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama  36130
Tel. (334) 242-7554
Fax (334) 242-2433
E-mail arobertson@ago.state.al.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on April 5, 2006, I mailed a copy of this document to the following person(s) with postage prepaid:

Benjamin E. Meredith
707 West Main Street
Dothan, Alabama  36301

David S. Nix
Circuit Clerk of Barbour County
303 East Broad Street, Room 201
Eufaula, Alabama  36027

_____
James H. Pike