IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELLA JANE MCCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV309-VPM |
| | ) | |
| CITY OF EUFAULA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the defendants' Motion for More Definite Statement and to Strike, filed on 10 April 2006 (Doc. # 1), and the Motion to Strike, filed on the same date (Doc. # 2), it is

ORDERED that, on or before 21 April 2006, the plaintiff shall file its responses to the motions.

DONE this 12th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE