IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE MCCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV309-VPM |
| | ) |
| CITY OF EUFAULA, et al., | ) |
| | ) |
| Defendants. | ) |

**AMENDED ORDER**

For good cause, it is

ORDERED that this court's order of 26 April 2006 is hereby AMENDED to reflect that on or before 20 May 2006, the plaintiff is DIRECTED to name all defendants in her Amended Complaint.

DONE this 27th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE