**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                              TELEPHONE (334) 954-3600

April 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record


Civil Action No:   2:06-cv-00309-VPM
Re: McCray v. City of Eufaula, Barbour County, Alabama et al


The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:06-cv-00309-MHT. This new case number should be used on all future correspondence and pleadings in this action.