IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-309-MHT |
| | ) |
| CITY OF EUFAULA, ALABAMA, STEVE HANNERS, and DAVID DUBOSE, | ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION TO STRIKE AMENDED COMPLAINT AND TO DISMISS ACTION WITH PREJUDICE

Defendants the City of Eufaula, Alabama, Steve Hanners, and David Dubose move to strike the plaintiff's amended complaint and to dismiss this action with prejudice. This motion is based upon Federal Rules of Civil Procedure 12(e) and 41(b). A supporting memorandum is filed contemporaneously with this Motion.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendants Steve Hanners
and the City of Eufaula, Alabama

1

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com

                                        **/s/ Alyce S. Robertson**
                                        Alyce S. Robertson  (ROB102)
                                        Attorney for Defendant David Dubose

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama  36130
Tel. (334) 242-7554
Fax (334) 242-2433
E-mail arobertson@ago.state.al.us

## **CERTIFICATE OF SERVICE**

     I, James H. Pike, certify that on May 22, 2006, I electronically served a copy of this document upon:

     Benjamin E. Meredith
     707 West Main Street
     Dothan, Alabama  36301

                                        **/s/ James H. Pike**
                                        James H. Pike