IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv309-MHT |
| ) | |
| CITY OF EUFAULA, BARBOUR ) | |
| COUNTY, ALABAMA; et al., ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion to strike and motion to dismiss (doc. no. 13) are set for submission, without oral argument, on June 5, 2006, with all briefs due by said date.

DONE, this the 23rd day of May, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**