IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number 2:06-cv-309-MHT |
| ) | |
| CITY OF EUFAULA, ALABAMA, ) | |
| STEVE HANNERS, and DAVID ) | |
| DUBOSE, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO STAY DISCOVERY**

Defendants the City of Eufaula, Alabama, Steve Hanners, and David Dubose move to stay discovery pending a determination of their motion to dismiss.

"Unless the plaintiff's allegations state a claim of violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery." Mitchell v. Forsyth, 472 U.S. 511, 526 (1985).

"Until this threshold immunity question is resolved, discovery should not be allowed." Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).

The defendants contend this action should be dismissed for the reasons explained in their motion to dismiss. Until the Court resolves that issue, the defendants believe discovery should not proceed.

1

                                        **/s/ James H. Pike**
                                        James H. Pike  (PIK003)
                                        Attorney for Defendants Steve Hanners and the City of Eufaula, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com


                                        **/s/ Alyce S. Robertson**
                                        Alyce S. Robertson  (ROB102)
                                        Attorney for Defendant David Dubose

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama  36130
Tel. (334) 242-7554
Fax (334) 242-2433
E-mail arobertson@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on June 2, 2006, I electronically served a copy of this document upon:

Benjamin E. Meredith
707 West Main Street
Dothan, Alabama  36301

                                                  **/s/ James H. Pike**
                                                  James H. Pike