IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ELLA JANE McCRAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv309-MHT |
| | ) | |
| CITY OF EUFAULA, BARBOUR | ) | |
| COUNTY, ALABAMA; et al., | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that the motion to stay discovery (doc. no. 16) is set for submission, without oral argument, on June 19, 2006, with all briefs due by said date.

DONE, this the 5th day of June, 2006.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE