IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ELLA JANE McCRAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv309-MHT |
| | ) | |
| CITY OF EUFAULA, BARBOUR | ) | |
| COUNTY, ALABAMA; et al., | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that the objection and motion to strike (doc. no. 22) are set for submission, without oral argument, on June 19, 2006, with all briefs due by said date.

DONE, this the 9th day of June, 2006.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE