# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ELLA JANE McCRAY,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| VS. | * CASE NO: 2:06-CV-309-MHT |
| | * |
| **CITY OF EUFAULA, ALABAMA,** | * |
| **STEVE HANNERS, and DAVID** | * |
| **DEBOSE,** | * |
| | * |
| **DEFENDANTS.** | * |

## PLAINTIFF'S RESPONSE TO DEFENDANTS'
## MOTION TO STAY DISCOVERY

COMES NOW the Plaintiff, ELLA JANE McCRAY, by and through her undersigned attorney, Benjamin E. Meredith, and responds to Defendants' Motion to Stay Discovery as follows:

1.  The Plaintiff does not object to discovery being stayed pending a determination of the Defendants' Motion to Dismiss.

REPSECTFULLY SUBMITTED this the 19th day of June, 2006.

/s/Benjamin E. Meredith
Benjamin E. Meredith(MER015)
Attorney for Plaintiff
707 West Main Street
Dothan, Alabama 36301
(334) 671-0289

## **CERTIFICATE OF SERVICE**

I, Benjamin E. Meredith, certify that on June 5, 2006, I electronically served a copy of this document upon:

James H. Pike
COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

Alyce S. Robertson
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

/s/Benjamin E. Meredith_____
Benjamin E. Meredith(MER015)
Attorney for Plaintiff
707 West Main Street
Dothan, Alabama 36301
(334) 671-0289