**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVSIION**

| | |
|---|---|
| **ELLA JANE MCCRAY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )    **CASE NO. 2:06-cv-309-MHT** |
| | ) |
| **CITY OF EUFAULA, ALABAMA;** | ) |
| **STEVE HANNERS and DAVID** | ) |
| **DUBOSE** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW Assistant Attorney General Jeffery H. Long and respectfully requests that the Court substitute for Assistant Attorney General Alyce S. Robertson, Jeffery H. Long as attorney of record for Defendant David Dubose. The Court and the Circuit Clerk are asked to amend the case file to reflect this change of counsel on the case docket sheet and hereafter forward notice of all hearings and court orders to Assistant Attorney General Long at the following address:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7391
jlong@ago.state.al.us; consumerfax@ago.state.al.us

1

Respectfully submitted this the 21st day of July, 2006.


  /s/  JEFFERY H. LONG
JEFFERY H. LONG (LON015)
Assistant Attorney General




**CERTIFICATE OF SERVICE**


I do hereby certify that I have, this 20th day of July, 2006, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel:


Benjamin E. Meredith          bmeredith@mmgpc.com; bhenry@mmgpc.com
James H. Pike                 jpike@cobb-shealy.com



  /s/  JEFFERY H. LONG
OF COUNSEL