IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv309-MHT |
| ) | |
| CITY OF EUFAULA, BARBOUR ) | |
| COUNTY, ALABAMA; et al., ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the notice of substitution of counsel (doc. no. 26) is treated as both a motion to substitute and a motion to withdraw and both motions are granted.

DONE, this the 26th day of July, 2006.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE