IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-309-MHT |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| STEVE HANNERS, and DAVID | ) |
| DUBOSE, | ) |
| | ) |
| Defendants. | ) |

<u>**MOTION TO DISMISS**</u>

Pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, defendants the City of Eufaula, Alabama, Steve Hanners, and David Dubose move to dismiss all claims with prejudice.

<u>**/s/ James H. Pike**</u>
James H. Pike  (PIK003)
Attorney for Defendants the City of
Eufaula, Alabama, and Steve Hanners

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@scplaw.us

<u>**/s/ Jeffery H. Long**</u>
Jeffery H. Long  (LON015)
Attorney for Defendant David Dubose

1

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama  36130
Tel. (334) 242-7300
Fax (334) 242-2433
E-mail jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on March 6, 2007, I electronically served a copy of this document upon:

Benjamin E. Meredith
707 West Main Street
Dothan, Alabama  36301

/s/ James H. Pike
James H. Pike

2