IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ELLA JANE McCRAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv309-MHT |
| | ) | |
| CITY OF EUFAULA, BARBOUR | ) | |
| COUNTY, ALABAMA; et al., | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (doc. no. 28) is set for submission, without oral argument, on March 23, 2007, with all briefs due by said date.

DONE, this the 9th day of March, 2007.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE