IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ELLA JANE McCRAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv309-MHT |
| | ) | |
| CITY OF EUFAULA, BARBOUR | ) | |
| COUNTY, ALABAMA; et al., | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to strike (doc. no. 22) is denied.

(2) The objection (doc. no. 22) is overruled.

DONE, this the 26th day of March, 2007.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE