IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>) <br>CITY OF EUFAULA, BARBOUR )<br>COUNTY, ALABAMA; et al., )<br>) <br>    Defendant. ) | CIVIL ACTION NO.<br>2:06cv309-MHT |

ORDER

It is ORDERED that the motion to strike (doc. no. 13) and motion to dismiss (doc. no. 13) are denied.

The court notes that the motion to dismiss (doc. no. 28) is still pending.

DONE, this the 26th day of March, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE