IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELLA JANE McCRAY,              )
                               )
    Plaintiff,                 )
                               )
    v.                         )     CIVIL ACTION NO.
                               )     2:06cv309-MHT
                               )
CITY OF EUFAULA, BARBOUR       )
COUNTY, ALABAMA; et al.,       )
                               )
    Defendant.                 )
```

## ORDER

Upon consideration of plaintiff's response (doc. no. 24), it is ORDERED that defendants' motion to stay discovery (doc. no. 16) is granted pending resolution of defendants' motion to dismiss (doc. no. 28).

DONE, this the 26th day of March, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE