IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLA JANE McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-309-MHT |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| STEVE HANNERS, and DAVID | ) |
| DUBOSE, | ) |
| | ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE**

Defendants the City of Eufaula, Alabama, and Steve Hanners give notice that on April 4, 2007, the parties held a face-to-face settlement conference at the offices of Shealy, Crum & Pike, P.C. in Dothan.  **During the conference the parties reached a settlement of the case.  All pending motions are now moot.**

　
　

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendants the City of Eufaula, Alabama, and Steve Hanners

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@scplaw.us

1

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on April 4, 2007, I electronically served a copy of this document upon:

Benjamin E. Meredith
707 West Main Street
Dothan, Alabama  36301

Jeffery H. Long
OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, Alabama  36130

                                     **/s/ James H. Pike**
                                     James H. Pike